ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Morrish Wallace Construction, Inc. d/b/a ) ASBCA No. 58921
  Ryba Marine Construction Co. )
)
Under Contract No. W911XK-11-C-0009 )

APPEARANCES FOR THE APPELLANT: Jeffrey M. Gallant, Esq.
Thomas M. Keranen, Esq.
Bret S. Wacker, Esq.
  Clark Hill, PLC
  Detroit, MI

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Paul D. Sax, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Detroit

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 10 September 2014

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58921, Appeal of Morrish Wallace Construction, Inc. d/b/a Ryba Marine Construction Co., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals